IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LIBERTO SANTANTON, et al., | ) | NO. CV-F-10-242 OWW/SMS |
| | ) | |
| | ) | MEMORANDUM DECISION AND |
| | ) | ORDER GRANTING DEFENDANT |
| Plaintiffs, | ) | GMAC WHOLESALE MORTGAGE |
| | ) | CORP.'S MOTION TO DISMISS |
| vs. | ) | (Doc. 11) AND MOTION TO |
| | ) | STRIKE (Doc. 13), DISMISSING |
| | ) | DEFENDANT GMAC WHOLESALE |
| GMAC WHOLESALE MORTGAGE | ) | MORTGAGE CORP. FROM THIS |
| CORP., LLC, et al., | ) | ACTION, AND VACATING ORAL |
| | ) | ARGUMENT SET FOR APRIL 19, |
| | ) | 2010 |
| Defendants. | ) | |
| | ) | |

Before the Court are the motion to dismiss and motion to strike filed by Defendant GMAC Mortgage Corp., LLC., erroneously sued as GMAC Wholesale Mortgage Corp., LCC. ("GMAC"). Plaintiffs have filed a Request for Dismissal of GMAC, which the Court construes as a Statement of Non-Opposition to these motions. Defendants Indymac Mortgage Obligations, Inc. and Quality Loan Services Corporation have not filed timely oppositions to GMAC's motions.

1

1 **GMAC's motion to dismiss and motion to strike are GRANTED**
2 **based on Plaintiffs' deemed Statement of Non-Opposition and GMAC**
3 **is DISMISSED as a party to this action.**
4 **Oral argument set for Monday, April 19, 2010 is VACATED.**
5 IT IS SO ORDERED.
6 **Dated:   April 13, 2010**                         /s/ Oliver W. Wanger
                                                    UNITED STATES DISTRICT JUDGE