Stuart B. Wolfe (SBN 156471)
Alice M. Dostalova (SBN 244513)
amdostalova@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, California 94596
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
GMAC MORTGAGE, LLC (erroneously sued as
"GMAC Wholesale Mortgage Corp., LLC")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTO SANTANTON & JENNIFER SANTANTON, are individuals,<br><br>             Plaintiffs,<br><br>  v.<br><br>INDYMAC MORTGAGE OBLIGATIONS INC., a Delaware Corporation, GMAC WHOLESALE MORTGAGE CORP., LLC, a Delaware Corporation, QUALITY LOAN SERVICES CORP., a California Corporation and DOES 1-100<br><br>             Defendants. | Case No.:  1:10-cv-00242-OWW-SKO<br><br>Assigned to Hon. Oliver W. Wanger<br><br>**JUDGMENT ON ORDER GRANTING DEFENDANT GMAC MORTGAGE, LLC'S MOTION TO DISMISS AND MOTION TO STRIKE** |

**XX – Decision by the Court.**  This action came to be tried or heard before the Court on Defendant GMAC MORTGAGE, LLC's Motion to Dismiss and Motion to Strike.  A decision was rendered on April 13, 2010.

**IT IS ORDERED AND ADJUDGED**

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF APRIL 13, 2010.**

IT IS SO ORDERED.

Dated:  **September 24, 2010**            **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE

1
**JUDGMENT**
K:\OWW\To_Be_Signed\10cv242.jdmnt.on.o.grntng.mtd.and.mts.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WOLFE & WYMAN LLP**
Attorneys & Counselors At Law