Trang Goebel, Esq. (SBN: 236795)
Kaufman, Englett & Lynd, PLLC
111 North Magnolia Avenue, Suite 1500
Orlando, FL  32801
Telephone No.:(407) 513-1900
Facsimile No.: (407) 513-1922
Email:  tgoebel@kelattorneys.com

Attorneys for Plaintiffs,
LIBERTO SANTANTON & JENNIFER SANTANTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LIBERTO SANTANTON & JENNIFER SANTANTON, are individuals,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC MORTGAGE OBLIGATIONS INC., a Delaware Corporation; GMAC WHOLESALE MORTGAGE CORP., LLC, a Delaware Corporation; QUALITY LOAN SERVICES CORP., a California Corporation; and Does 1-100,<br><br>Defendants. | Case No.:  1:10-cv-00242-OWW-SMS<br><br>Assigned to Hon. Oliver W. Wanger<br><br>ORDER OF SETTLEMENT OF ENTIRE CASE |

Pursuant to the Stipulation for Judgment of Possession and Issuance of Writ of Possession, attached hereto and made part of this Order by reference, entered into by LIBERTO SANTANTON and JENNIFER SANTANTON and between IMB REO, LLC and ONE WEST BANK FSB (erroneously sued as IndyMac Mortgage Obligations, Inc., a Delaware Corporation), the above-referenced matter is settled in its entirety and the Court shall Dismiss the Case With Prejudice.

_____
[Proposed] Order of Settlement of Entire Case
- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that,

1. The parties have entered into a Stipulation for Judgment of Possession and Issuance of Writ of Possession and have settled the case in its entirety;

2. The Court Dismisses the Case with Prejudice.

Dated: September 24, 2010    /s/ OLIVER W. WANGER
**UNITED STATES DISTRICT JUDGE**

PDF created with pdfFactory trial version www.pdffactory.com